# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **KURT J. COFANO,** | Bankruptcy No. 20-20810-CMB |
| Debtor, | Chapter 7 |
| **WELLS FARGO BANK, N.A.,** | Document No. |
| Movant, | Related to Doc No. 24 |
| vs. | Hearing Date and Time:<br>May 12, 2020 at 10:00 A.M. |
| **KURT J. COFANO,** | |
| Respondent. | |

### RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes Kurt J. Cofano, by and through his Counsel, Robert O Lampl, John P. Lacher, Ryan J. Cooney, Sy O. Lampl and Alex L. Holmquist, and files the following **RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, as follows:

1. The averments of Motion Paragraph 1 are admitted.

2. The averments of Motion Paragraph 2 are admitted.

3. The averments of Motion Paragraph 3 are denied to the extent that Movant's characterization of the Mortgage deviates from its plain language as the Mortgage is a written document which speaks for itself.

4. The averments of Motion Paragraph 4 are legal conlcuions for which no reponse is required. To the extent a response is required, the averments are Denied to

the extent that Movant's characterization of the Mortgage deviates from its plain language as the Mortgage is a written document which speaks for itself.

5. The averments of Motion Paragraph 5 are beyond the knowledge and information of the Debtor who does not know how said alleged sum due was calculated, whether all payments made by the Debtor were properly applied or whether the amount claimed is otherwise incorrect or improper. As such, the amount claimed due is denied and strict proof thereof is demanded.

By way of further response, while the Debtor lacks knowledge and information as to the accuracy of the principal amount claimed due, the Debtor does acknowledge that the amount claimed, if inaccurate, is not grossly inaccurate and is certainly in the ballpark as to the amount of principal owed.

6. The averments of Motion Paragraph 6 are beyond the knowledge and information of the Debtor who does not know how said alleged sum due was calculated, whether all payments made by the Debtor were properly applied or whether the amount claimed is otherwise incorrect or improper. As such, the amount claimed due is denied and strict proof thereof is demanded.

7. The averments of Motion Paragraph 7 are beyond the knowledge and information of the Debtor who does not know how said alleged sum due was calculated, whether all payments made by the Debtor were properly applied or whether the amount claimed is otherwise incorrect or improper. As such, the amount claimed due is denied and strict proof thereof is demanded.

8. The averments of Motion Paragraph 8 are beyond the knowledge and

information of the Debtor who does not know how said alleged sum due was calculated, whether all payments made by the Debtor were properly applied or whether the amount claimed is otherwise incorrect or improper. As such, the amount claimed due is denied and strict proof thereof is demanded.

9. The averments of Motion Paragraph 9 are legal conclusions for which no response is required. To the extent a response is required, the averments of Motion Paragraph 9 are beyond the knowledge and information of the Debtor and are therefore denied, with strict proof thereof being demanded.

10. The averments of Motion Paragraph 10 are legal conclusions for which no response is required. To the extent a response is required, the averments of Motion Paragraph 10 are beyond the knowledge and information of the Debtor and are therefore denied, with strict proof thereof being demanded.

11. The averments of Motion Paragraph 11 are legal conlcusions for which no reponse is required. To the extent a response is required, the avermnets are denied to the extent that Movant's characterization of EXHIBIT B deviates from its plain language as EXHIBIT B is a written document which speaks for itself.

12. The averments of Motion Paragraph 12 are legal conclusions for which no reponse is required. To the extent a response is require, the averments are denied to the extent that characterization of the Statement of Intentions deviates from its plain language as the Statement of Intentions is a written document which speaks for itself.

13. The averments of Motion Paragraph 13 are legal conclusions for which no response is required. To the extent a response is required, the averments of Motion

Case 20-20810-CMB Doc 29 Filed 05/04/20 Entered 05/04/20 12:23:10 Desc Main
Document Page 4 of 7


Paragraph 13 are beyond the knowledge and information of the Debtor and are therefore denied, with strict proof thereof being demanded.

14. The averments of Motion Paragraph 14 are legal conclusions for which no response is required. To the extent a response is required, the averments of Motion Paragraph 14 are beyond the knowledge and information of the Debtor and are therefore denied, with strict proof thereof being demanded.

15. The averments of Motion Paragraph 15 are legal conclusions for which no response is required.

16. The averments of Motion Paragraph 16 are legal conclusions for which no response is required. To the extent a response is required, the averments of Motion Paragraph 16 are beyond the knowledge and information of the Debtor and are therefore denied, with strict proof thereof being demanded.

17. The averments of Motion Paragraph 17 are legal conclusions for which no response is required.

18. The averments of Motion Paragraph 18 constitute a prayer for relief to which no response is required. To the extent a response is required, Debtor has no objection to communications with his counsel, but denies that there exists a basis for direct communication with the Debtor himself.

19. Admitted.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order denying the Motion.

                                          Respectfully Submitted,

Date: <u>May 4, 2020</u>             */s/ Robert O Lampl*
                                          ROBERT O LAMPL
                                          PA I.D. #19809
                                          JOHN P. LACHER
                                          PA I.D. #62297
                                          RYAN J. COONEY
                                          PA I.D. #319213
                                          SY O. LAMPL
                                          PA I.D. #324741
                                          ALEXANDER L. HOLMQUIST
                                          PA I.D. #314159
                                          223 Fourth Avenue, 4th Fl.
                                          Pittsburgh, PA  15222
                                          (412) 392-0330 (phone)
                                          (412) 392-0335 (facsimile)
                                          Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**KURT J. COFANO,**                                          Bankruptcy No. 20-20810-CMB

      **Debtor,**                                          Chapter 7

**WELLS FARGO BANK, N.A.,**                          Document No.

      **Movant,**                                          Related to Doc No. 24

    vs.                                                               Hearing Date and Time:
                                                                                              May 12, 2020 at 10:00 A.M.

**KURT J. COFANO,**

      **Respondent.**

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 4<u>th</u> day of May, 2020, a true and correct copy of the foregoing **RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was served upon the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Thomas Song, Esq.
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, suite 300
Pittsburghm, PA 15219
Thomas.Song@phelanhallinan.com

Date: <u>May 4, 2020</u>    */s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEX L. HOLMQUIST
PA I.D. #314159
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com